NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7094

GRADY A. CLAYTON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-1728, Judge Ronald M. Holdaway.

ON MOTION

Before BRYSON, Circuit Judge.

## O R D E R

Grady A. Clayton moves for an extension of time to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Clayton's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

JUN 23 2009
_____
Date

cc: Grady A. Clayton
Kent C. Kiffner, Esq.

s17

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 23 2009

JAN HORBALY
CLERK